IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HATTIE MAE BERRY,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES, EAST, L.P. et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 21-3496 |

## ORDER

**AND NOW**, this 2nd day of February 2022, upon consideration of the Notice of Removal (Doc. No. 1), Plaintiff's Motion to Remand to State Court (Doc. No. 4), Defendants Wal-Mart Stores, East, L.P., Wal-Mart Stores, East, Inc., and Wal-Mart Stores, Inc.'s Response in Opposition (Doc. No. 7), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion to Remand to State Court (Doc. No. 4) is **GRANTED**.

2. The Clerk of Court shall remand this case to the Court of Common Pleas of Philadelphia County.

3. The Clerk of Court shall close this case for statistical purposes.

                                            BY THE COURT:

                                            /s/ Joel H. Slomsky
                                            JOEL H. SLOMSKY, J.